# United States Court of Appeals for the Federal Circuit

---

**CANADIAN SOLAR, INC.,**
*Appellant*

**v.**

**MAXEON SOLAR PTE. LTD.,**
*Appellee*

---

2026-1525

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2024-01039.

---

## MANDATE

---

In accordance with the judgment of this Court, entered August 12, 2026, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

October 26, 2026
Date

Jarrett B. Perlow
Clerk of Court